# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE BODY OF STEPHEN WHEELER FOR PURPOSES<br>OF OBTAINING KNOWN SAMPLES OF<br>DEOXYRIBONUCLEIC ACID (DNA) | )<br>)<br>)  Case No. **1:23-MJ-00169**<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The body of Stephen WHEELER

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Deoxyribonucleic Acid (DNA) sample from the person of Stephen WHEELER

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute controlled substances |
| 18 U.S.C. § 922(g) | Possession of a firearm by a prohibited person |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Eric S Persing*
Applicant's signature

Eric S. Persing, DEA Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____FaceTime video conference_____ *(specify reliable electronic means)*.

Date: **Mar 7, 2023**

*Stephanie K. Bowman*
Judge's signature

City and state: Cincinnati, Ohio

Hon. Stephanie K. Bowman, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE BODY OF STEPHEN WHEELER FOR PURPOSES OF OBTAINING KNOWN SAMPLES OF DEOXYRIBONUCLEIC ACID (DNA) | Case No. **1:23-MJ-00169**<br><br>**Filed Under Seal** |

### AFFIDAVIT

I, Eric S. Persing, Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), being duly sworn, hereby does depose and say:

### INTRODUCTION

1. I make this affidavit in support of an application for a warrant to search and obtain a Deoxyribonucleic Acid (DNA) sample from **STEPHEN WHEELER**. Such DNA samples may constitute evidence of violations of federal law and are necessary to test narcotics and firearms seized from **STEPHEN WHEELER**'s possession. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).

3. I am a Parole Officer with the Ohio Department of Rehabilitation and Corrections Adult Parole Authority, Hamilton County, Ohio, and have been so employed with Ohio Department of Rehabilitation and Corrections for the last 7 years where I have been assigned as a

Field Training Officer, in-service instructor, and Fugitive Apprehension Team leader. I was assigned to the United States Marshal Service (USMS) Fugitive Task Force in 2021 and am currently assigned as a TFO with the DEA Cincinnati District Office ("DEA Cincinnati") and have been so assigned since January of 2022.

4. As a TFO with the DEA, my duties include the investigation of violations of federal law concerning the importation, manufacture, possession and distribution of controlled substances as defined by Title 21, United States Code, including controlled substances such as heroin, cocaine, methamphetamine, marijuana, illicitly diverted pharmaceuticals, and other dangerous drugs. During the current assignment with the DEA, I have participated in numerous investigations involving drug trafficking and money laundering. I earned a Bachelor of Science Degree from the University of Cincinnati and have had frequent discussions with other experienced law enforcement officers, as well as admitted narcotics traffickers, confidential sources, witnesses, and cooperating defendants concerning the methods and practices of drug traffickers. I have also participated in all aspects of drug investigations, including physical surveillance, undercover operations, execution of search warrants, seizure of assets, and arrests of drug traffickers. I am the case officer on this case, and so being, is fully aware of the facts of the case.

## PROBABLE CAUSE

5. Since July 2022, the DEA has been investigating the large-scale WHEELER DTO—a major source of illegal narcotics in Cincinnati, Ohio, including cocaine, heroin, fentanyl, methamphetamine, and marijuana. Agents have identified **STEPHEN WHEELER** as the head of the WHEELER DTO and his son, ROMELLO WHEELER, as the primary distributor. Mikelle D. HILL has also identified as a suspected courier/co-conspirator.

6. As discussed below, the WHEELER DTO utilizes multiple vehicles, registered under different names, to transport their contraband, which they store at various apartment buildings that are also leased under different names. Through the course of the investigation, agents have identified that the WHEELER DTO primarily utilizes the following locations and vehicles (among others):

   a. Industry Apartments, 1118 Sycamore Street, Unit #626, Cincinnati, Ohio 45202 (the "**Wheeler Apartment**") is the primary residence of both **STEPHEN WHEELER** and ROMELLO WHEELER, where agents recovered 212.6 pounds of marijuana, bulk U.S. currency, a firearm, and jewelry.

   b. 2515 Burnet Avenue, Unit #1011, Cincinnati, Ohio 45219 (the "**Wheeler Stash House**") where agents recovered drug paraphernalia, scales, vacuum sealer and cutting agents.

   c. Public Storage Unit, 2900 Disney Street, Unit #2261, Cincinnati, Ohio 45209 (the "**Wheeler DTO Storage Unit**") which is leased to Mikelle D. HILL and where agents recovered suspected fentanyl and methamphetamine.

   d. 2018 black Kia Stinger bearing Ohio license plate JSM8684 (the "**Kia Stinger**"), which is registered to Barbara Simms but is STEPHEN WHEELER's secondary vehicle, where agents recovered approximately one kilogram of cocaine and $108,000.00 USC.

7. On February 7, 2023, agents, with the consent of Public Storage's Management, conducted an open-air sniff test of the Wheeler DTO Storage Unit. Narcotics detection K9, "Duce," alerted positively to the presence or odor of narcotics. Thereafter, Agents obtained and executed a search warrant for the Wheeler DTO Storage Unit and found 1,900 grams of methamphetamine and 1,340 grams of fentanyl located inside in a blue suitcase

8. Later that same day, agents executed a number of federal search warrants at residences and vehicles utilized by the WHEELER DTO. At the Wheeler Apartment, agents found 212.6 pounds of marijuana, a loaded FN Herstal Belgium pistol, $129,530.00 in bulk U.S. currency, assorted jewelry, personal papers, cell phones, men's clothing, and other documentation

reflecting that both **STEPEHN WHEELER** and ROMELLO WHELLER were the occupants of the Wheeler Apartment. At the Wheeler Stash House, agents discovered what appeared to be a drug processing location that contained cutting agents, multiple scales, a vacuum sealer, packaging material, and gloves. Agents also seized 962.5 grams of cocaine and $108,000 in bulk U.S. currency from **STEPHEN WHEELER**'s Kia Stinger.

9. As the investigation progressed, agents discovered that both **STEPHEN WHEELER** and ROMELLO WHEELER possessed key fobs that utilized the parking garage entrances for both the Wheeler Apartment and Wheeler Stash House. ROMELLO WHEELER also possessed a key that opened the apartment door to the Wheeler Stash House. Agents spoke with management who confirmed that **STEPHEN WHEELER** was paying the rent at the Wheeler Stash House.

10. On February 23, 2023, a federal grand jury sitting in the Southern District of Ohio returned a three count indictment against the WHEELER DTO. **STEPHEN WHEELER** is charged in Count One for conspiracy to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance; 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a detectable amount of marijuana, a schedule I controlled substance, in violation of 21 U.S.C. § 846; and Count Two for possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii).

## CONCLUSION

11. Based on the foregoing, I believe that there is probable cause to issue a search warrant to obtain a Deoxyribonucleic Acid (DNA) sample from the person of **STEPHEN WHEELER**, as this sample may constitute evidence of violations of federal law, specifically, 21 U.S.C. § 841(a)(1) (possession with the intent to distribute controlled substances) and 18 U.S.C. § 922(g) (possession of a firearm by a prohibited person). Therefore, I request that the Court allow law enforcement officers to take a cotton swab and place it inside **STEPHEN WHEELER's** mouth, rubbing the inside of his cheek to obtain cellular material. Based on my training and experience, I know that this procedure is quick, painless and involves minimal intrusion into the body. This sampling is substantively identical to the procedure that normally occurs when the U.S. Marshals process a prisoner. That said, the swab taken by U.S. Marshals is for identification purposes and not investigative purposes, and therefore, the undersigned does not have access to such samplings.

*[ Intentionally Blank ]*

5

## REQUEST FOR SEALING

12. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

*Eric S Persing*

Eric S. Persing
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me via FaceTime video conference
on this ___7th___ day of March 2023

*Stephanie K. Bowman*

Honorable Stephanie K. Bowman
United States Magistrate Judge

6